# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA PHILLIPS, | ) | |
| | ) | Case No. 12 CV 9738 |
| Plaintiff, | ) | |
| v. | ) | Judge Coleman |
| | ) | |
| P.O. THUESTAD, P.O. JAFRI, and P.O. JOHN | ) | Magistrate Judge Gilbert |
| DOE, individually, and the CITY OF | ) | |
| CHICAGO | ) | Jury Demand |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

To:

Ken Battle
Battle Law Office
1016 W. Jackson, Suite 300
Chicago, IL 60607

I, Aurelio Aguilar, certify that on this 29th day of March 2013, I caused the enclosed to be served upon the named attorneys, at the aforementioned address by depositing the same in the U.S. Mail at 30 North LaSalle Street, Chicago, Illinois, with proper postage prepaid, before the hour of 5:00 p.m.

- PLAINTIFF'S RULE 26 (a)(1) DISCLOSURES;
- PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO EACH AND EVERY DEFENDANT; AND
- PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH AND EVERY DEFENDANT

_____
Gregory E. Kulis and Associates, Ltd

**GREGORY E. KULIS & ASSOCIATES**
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA PHILLIPS, | ) | |
| | ) | Case No. 12 CV 9738 |
| Plaintiff, | ) | |
| v. | ) | Judge Coleman |
| | ) | |
| P.O. THUESTAD, P.O. JAFRI, and P.O. JOHN | ) | Magistrate Judge Gilbert |
| DOE, individually, and the CITY OF | ) | |
| CHICAGO | ) | Jury Demand |
| Defendants. | ) | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO EACH AND EVERY DEFENDANT OFFICER

DEMAND is hereby made upon you pursuant to the provisions of Rule 33 of the Federal Rules of Civil Procedure to answer fully, in writing, and under oath within thirty (30) days of service hereof upon Defendants the following interrogatories propounded by the Plaintiff:

1. State your full name, work address, and current age. Also, please state your approximate height and weight on December 10, 2011.

ANSWER:


2. State the full name and address of each person who witnessed or claims to have witnessed any interaction between you and Plaintiff on December 10, 2011.

ANSWER:


3. State the name and address of each person who was not present but has knowledge or information of any interaction between you and Plaintiff on December 10, 2011.

ANSWER:

4. Please state the name, address and contact information of each person you communicated with concerning the December 10, 2011 encounter with the Plaintiff.

**ANSWER:**


5. State your assigned beat and duties on December 10, 2011 and the circumstances surrounding how, on December 10, 2011, you or any other Chicago police officers came to be in the area of the encounter with the Plaintiff. Include the names of all officers present at the scene of Plaintiff's arrest/detention, how you were notified to be there and by whom, including the names of any individuals who provided you with information regarding any suspicious activity at that location, and whether you (or any of the officers present at the scene) arrived as backup for the primary officers on the scene.

**ANSWER:**


6. State what criminal act, if any, you observed Plaintiff commit on December 10, 2011 and for each act state the identity of the person informing you of said criminal act, the specific actions which amounted to this alleged criminal act, the time at which the act was allegedly committed, the location at which the act was allegedly committed, and your specific location when you observed said act(s).

**ANSWER:**


7. State whether any charges were filed against the Plaintiff based on her December 10, 2011 detention, and, if so, state the nature of the charges brought against her, the probable

cause you had to detain her, the time and place she was taken into custody, the length of time she was held, and the disposition of the charges against her (if any).

**ANSWER:**

8. Did you fill out any reports/documents (including contact cards) as a result of your encounter with Plaintiff on December 10, 2011? If so, please state the name of each report and for each report state when the report was filled out, what type of report was filled out, where the report was completed, the names of anyone present with you at the time you completed the report, and who is currently in possession of the report.

**ANSWER:**

9. State what physical contact (including any contact with any firearms or objects) you and Plaintiff had with each other on December 10, 2011, regardless of who initiated the contact. Further state the area of the Plaintiff's body and your body with which contact was made in each instance. Include the names and addresses of all individuals present when this contact occurred and the physical location/address where the contact occurred.

**ANSWER:**

10. State the nature of any conversation you had with the Plaintiff on December 10, 2011, including who initiated the conversation, where and when the conversation took place, and the names, addresses, and phone numbers of any individuals, including officers and civilians, present during the conversation.

**ANSWER:**

11. Were you ever a police officer with any other law enforcement agency other than the Chicago Police Department? If so, state the name of the law enforcement agency and the dates of your employment with said agency.

**ANSWER:**

12. Has a verbal or written citizen complaint ever been filed against you with the Chicago Police Department or any other disciplinary body governing the Chicago Police Department? If so, state the date the complaint was filed, the name of the complaint, and the circumstances and disposition of the complaint and/or investigation. If you were ever a police officer with any other law enforcement agency, please state the name of that agency and state whether any citizen complaint was ever filed against you, the date the complaint was filed, the name of the complaint, and the circumstances and disposition of the complaint and/or investigation.

**ANSWER:**

13. Have you ever been disciplined as a Chicago police officer? If so, state the nature of the charge against you, the date the charge was filed, the date upon which you were disciplined, and the nature of any such disciplinary action. If you were ever disciplined as a police officer with any other law enforcement agency, please state the name of that agency and state the nature of the charge against you, the date the charge was filed, the date upon which you were disciplined, and the nature of any such disciplinary action.

**ANSWER:**

14. Have you ever been a defendant in a civil or criminal court of law? If so, state the date, name of the case, court number and case disposition.

**ANSWER:**

15. Have you ever been the subject of an investigation by any law enforcement agency? If so, please state the name of the law enforcement agency and officers involved in the investigation, the date of the investigation(s), the status and result/disposition of each investigation, what documents are in your possession concerning said investigation(s), and whether you were represented by an attorney or other representative during said investigation(s).

**ANSWER:**

16. Did you have any contact or interaction, verbal or physical, with the Plaintiff prior to or subsequent to December 10, 2011? If so, state the nature of the contact and include who initiated the contact, whether the contact was verbal and/or physical, where and when the contact or interaction occurred, the names of anyone who was present when the interaction happened, and the names, addresses and phone numbers of the individuals present.

**ANSWER:**

17. State to your knowledge the nature of any conversation any other officers or individuals may have had with the Plaintiff on December 10, 2011, including who initiated the

conversation, where and when the conversation took place, and the names, addresses, and phone numbers of anyone who was present during the conversation.

**ANSWER:**


18. Did you ever draw your firearm/weapon(s) on December 10, 2011 while in the presence of Plaintiff? If yes, state the circumstances under which you drew your weapon(s) and the cause/justification you had to do so.

**ANSWER:**


19. Did the Plaintiff ever make any complaints of physical pain or discomfort while in your presence on December 10, 2011? If yes, state what was said by Plaintiff, the number of times the complaint was made, the names of all individuals present when such a complaint was made, and what action, if any, you took in response to said complaint.

**ANSWER:**


20. Did you enter Plaintiff's residence located at 1234 S. Independence, Apartment 3F in Chicago, Illinois on December 10, 2011? If yes, state your manner of entry (i.e. consent, forced entry using an object), the legal justification you had to enter said residence, and what areas of the residence you went in.

**ANSWER:**


21. To your knowledge and/or based on your observations, was Plaintiff's apartment marked with a particular apartment and/or unit number? If so, state what the marked unit number was and where the marking/designation was in relation to Plaintiff's door. State also whether you

had any physical contact with said marking/designation or if you observed any other officer have physical contact with said marking/designation.

**ANSWER:**

22. What actions did you take prior to entering Plaintiff's apartment to confirm that you were about to enter the apartment for which you had a search warrant?

**ANSWER:**

22. How and at what point did you realize that you were in the wrong apartment (i.e. not in the apartment for which you had a search warrant)?

**ANSWER:**

Respectfully submitted,

*Ronak Patel*

Ronak D. Patel

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA PHILLIPS, ) | |
| ) | Case No. 12 CV 9738 |
| Plaintiff, ) | |
| v. ) | Judge Coleman |
| ) | |
| P.O. THUESTAD, P.O. JAFRI, and P.O. JOHN ) | Magistrate Judge Gilbert |
| DOE, individually, and the CITY OF ) | |
| CHICAGO ) | Jury Demand |
| Defendants. ) | |

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH AND EVERY DEFENDANT

Plaintiff hereby requests, pursuant to the provision of Rule 34 of the Federal Rules of Civil Procedure, that each and every Defendant produce for inspection and copying by Plaintiff the documents listed below. Production is to be made within thirty (30) days at a time and place mutually convenient to counsel for the Plaintiffs and counsel for the Defendants.

1. Any and all materials contained in any internal investigation, IPRA, or disciplinary file regarding the incidents at issue in Plaintiff's complaint at law.

2. Copies of all statements and/or interviews of witnesses, the Plaintiff, the Defendants and/or any officers, or other persons who had contact with the case, including any internal investigation statements, if any.

3. Any statement written by the Defendants, any other officer, or other police personnel concerning the incidents alleged in Plaintiff's complaint.

4. Any and all written or recorded oral summaries of the incidents alleged in Plaintiff's complaint.

5. Any and all photographs, recordings (audio and video), diagrams, or other physical evidence relating to the events described in the Plaintiff's complaint and

the physical scheme of the area of this occurrence.

6. All documents pertaining to this incident or any complaints made by Plaintiff regarding this incident, including, but not limited to, general investigative reports, arrest reports, supplementary reports, case reports, incident reports, inventory reports, LEADS reports, and TSS and/or contact cards.

7. Reports or recordings of all calls regarding this incident, including, but not limited to all radio calls or calls to any 911 service (including those calls made by Plaintiff) regarding this incident.

8. All records, interviews, memoranda or other documents contained in and made part of the personnel files and files of the Defendant officers that were or are currently maintained by the City of Chicago.

9. A copy of the Defendant officers' disciplinary records and citizen complaints against them, including, but not limited to, complaints regarding violations of civil rights, unlawful search, unlawful seizure, excessive force, and any and all grievances and lawsuits brought against the Defendant officers.

10. Any and all documents regarding the Plaintiff's criminal history.

11. Copies of all reports prepared pursuant to the search of 1234 S. Independence and/or the encounter with the Plaintiff alleged in Plaintiff's complaint.

12. Copies of all work assignment records for all officers who responded to or were present at the incidents alleged in Plaintiff's complaint on or about December 10, 2011.

14. Copies of any documents identifying other individuals officers who were present at the scene with the Plaintiff and Defendants during the incidents alleged in

Plaintiff's complaint at law.

15. Copies of any and all documents relied upon in answering any of the Plaintiff's Interrogatories to the Defendants.

16. All documents relating to each and every allegation of Plaintiff's complaint at law.

17. All photographs of the Plaintiff, Plaintiff's property, 1234 S. Independence, or other matters regarding this incident.

18. All documents and materials regarding the arrest of any individuals at 1234 S. Independence, Chicago, IL on or about December 10, 2011.

19. All documents and materials regarding any search warrant for 1234 S. Independence, Chicago, IL, that was being executed on December 10, 2011, including, but not limited to, the search warrant and the complaint/affidavit for the search warrant.

20. All documents pertaining to Plaintiff's damages as a result of this incident, including, but not limited to, medical records and bills.

21. All documents and materials pertaining to RD number RDHT625823.

22. All documents and materials pertaining to any policies in effect on the incident date governing the procedures by which police officers are to execute a search warrant, including, but not limited to, the requisite actions to be taken to confirm that entry will be made into the correct residence.

Respectfully submitted,

_Ronak Patel_
Ronak D. Patel
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830