# **EXHIBIT 2**

## Ronak Patel

**From:** Ronak Patel
**Sent:** Tuesday, May 14, 2013 9:05 AM
**To:** 'wmonu2@gmail.com'; 'kb@battlelawoffice.com'
**Subject:** Phillips--status of Ds' responses to discovery requests

Counsel:

Please advise as to when I can expect to receive Defendants' discovery responses as they are overdue.

Thanks.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830

## Ronak Patel

**From:** Ronak Patel
**Sent:** Tuesday, May 28, 2013 1:39 PM
**To:** 'kb@battlelawoffice.com'
**Subject:** Phillips--status of Ds' discovery responses

Ken:

Just reaching out to see where you're at on Defendants' discovery responses. Please advise.

Thanks.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830

## Ronak Patel

**From:** Ronak Patel
**Sent:** Monday, June 10, 2013 11:26 AM
**To:** 'wmonu2@gmail.com'; 'kb@battlelawoffice.com'
**Subject:** Phillips--status of Ds' discovery responses

Counsel:

I've left you several voice mail messages and have sent you emails regarding the status of Defendants' overdue discovery responses. Please advise ASAP as to when I can expect them. Should I not hear from you by the close of business on June 14, I will have no choice but to file a motion to compel as I want to assure that these responses are tendered prior to our settlement conference.

Thanks.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830

# Ronak Patel

| | |
|---|---|
| **From:** | Ronak Patel |
| **Sent:** | Thursday, June 20, 2013 2:22 PM |
| **To:** | 'wmonu2@gmail.com' |
| **Cc:** | 'kb@battlelawoffice.com' |
| **Subject:** | Phillips--motion to compel Ds' discovery responses |

Per my voice mail message to you, I am once again checking on the Defendants' discovery responses. You had represented in our phone conversation this past Monday that you believed they had been mailed out, but you were going to call me back and confirm. To date, I have not received a phone call from you.

The responses are now quite overdue, and I have had repeated representations from your office indicating when they would be served. I *will* be filing a motion to compel first thing tomorrow morning if I do not receive the responses by close of business today.

Thanks.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830

### Ronak Patel

| | |
|---|---|
| **From:** | Winne Monu [wmonu2@gmail.com] |
| **Sent:** | Tuesday, May 14, 2013 10:32 AM |
| **To:** | Ronak Patel |
| **Subject:** | Re: Phillips--status of Ds' responses to discovery requests |

Hello Ms. Patel:

Sorry about the delay. We are finalizing discovery and we will definitely send our discovery responses as soon as possible. By the way, did you send us a settlement demand yet.

Warm Regards,
Winnie Monu


On Tue, May 14, 2013 at 9:05 AM, Ronak Patel <rpatel@kulislawltd.com> wrote:

> Counsel:
>
> Please advise as to when I can expect to receive Defendants' discovery responses as they are overdue.
>
> Thanks.
>
> Ronak Patel
>
> Gregory Kulis & Associates
>
> 30 N. LaSalle St., Ste. 2140
>
> Chicago, IL 60602
>
> (312) 580-1830

--
Winnefred A. Monu
Associate Attorney
Battle Law Office
1016 W. Jackson Blvd.
Chicago, IL 60607
(312) 480-0981- Phone
(312) 288-8596- Fax

www.battlelawoffice.com

6/20/2013

**Ronak Patel**

| | |
|---|---|
| **From:** | Winne Monu [wmonu2@gmail.com] |
| **Sent:** | Thursday, June 13, 2013 3:58 PM |
| **To:** | Ronak Patel |
| **Cc:** | Ken Battle |
| **Subject:** | Re: Phillips--status of Ds' discovery responses |

Hello Ms. Patel:

I hope all is well with you. Sorry for the late response to your email. We are in the midst of preparing for trial that begins next week. We will email you our responses to discovery tomorrow at the latest. If you do not receive our responses then you can go ahead and file your motion to compel. Again, sorry for the delay.

Warm Regards,
Winnie Monu


On Mon, Jun 10, 2013 at 11:25 AM, Ronak Patel <rpatel@kulislawltd.com> wrote:

> Counsel:
>
> I've left you several voice mail messages and have sent you emails regarding the status of Defendants' overdue discovery responses. Please advise ASAP as to when I can expect them. Should I not hear from you by the close of business on June 14, I will have no choice but to file a motion to compel as I want to assure that these responses are tendered prior to our settlement conference.
>
> Thanks.
>
> Ronak Patel
>
> Gregory Kulis & Associates
>
> 30 N. LaSalle St., Ste. 2140
>
> Chicago, IL 60602
>
> (312) 580-1830

## Ronak Patel

| | |
|---|---|
| **From:** | kb@battlelawoffice.com |
| **Sent:** | Thursday, June 20, 2013 3:16 PM |
| **To:** | Ronak Patel |
| **Cc:** | wmonu2@gmail.com |
| **Subject:** | Re: Phillips--motion to compel Ds' discovery responses |

You are correct. We we preparing for trial in another matter and did not forward the responses to you. We intend to email them today and, if not, I understand that you will file your motion tomorrow. We apologize for the inconvenience.

*Sent from my Verizon Wireless 4G LTE DROID*


Ronak Patel <rpatel@kulislawltd.com> wrote:

Per my voice mail message to you, I am once again checking on the Defendants' discovery responses. You had represented in our phone conversation this past Monday that you believed they had been mailed out, but you were going to call me back and confirm. To date, I have not received a phone call from you.

The responses are now quite overdue, and I have had repeated representations from your office indicating when they would be served. I *will* be filing a motion to compel first thing tomorrow morning if I do not receive the responses by close of business today.

Thanks.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830