# **EXHIBIT 4**

**INDEPENDENT POLICE REVIEW AUTHORITY**



1615 W. Chicago Avenue
Chicago, IL 60622
(312) 746-3609
**Scott Ando(Acting)**, Chief Administrator

June 12, 2013

Reference: Log No.1050607
Investigator: CHICO, ALICE

DONNA PHILLIPS
1234 S. INDEPENDENCE BLVD Apt
CHICAGO, IL 60623

Dear Donna Phillips:

    The Independent Police Review Authority has conducted and completed a thorough investigation into all the allegations of misconduct by the Chicago Police Department that you reported.

    After evaluating all of the available evidence, we have concluded that misconduct on the part of the Department member(s) has been proven. We have, therefore, classified that Complaint Log as **SUSTAINED**. The Superintendent of Police has imposed disciplinary action against the accused member(s). If you have any questions, please telephone the above referenced investigator.

    We appreciate your bringing this matter to our attention and your cooperation with the investigation.

Sincerely,

SCOTT ANDO(Acting)
Chief Administrator
Independent Police Review Authority