# **EXHIBIT 6**

# Ronak Patel

**From:** kb@battlelawoffice.com
**Sent:** Thursday, June 20, 2013 4:41 PM
**To:** Ronak Patel
**Cc:** Winne Monu
**Subject:** RE: Phillips--revised settlement letter

We had no knowledge of this. We will request the complete IPRA file and tender a copy to your attention asap. If anything needs to be redacted or subject to a protective order I'm sure we can agree on that. Let me know if this will suffice.

Also, when is our actual settlement conference??

-----Original Message-----
From: Ronak Patel [mailto:rpatel@kulislawltd.com]
Sent: Thursday, June 20, 2013 4:38 PM
To: kb@battlelawoffice.com
Cc: Winne Monu
Subject: RE: Phillips--revised settlement letter

Ken:

Please see the attached. It appears from a cursory review of the discovery that the Defendant officers are claiming they were not the officers that wrongfully entered the apartment and used force against the Plaintiff. I believe the closed IPRA file should contain all this information and am requesting this ASAP. Please let me know ASAP (by 9 am tomorrow morning) whether you can tender the complete IPRA file, otherwise I'll have to get a motion on file tomorrow morning to address this issue so we have the necessary documents before the settlement conference. Despite production request no. 1, no IPRA file has been tendered--the only response was "none", and that is not accurate as there is an IPRA file.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830

-----Original Message-----
From: kb@battlelawoffice.com [mailto:kb@battlelawoffice.com]
Sent: Thursday, June 20, 2013 4:21 PM
To: Ronak Patel
Cc: Winne Monu
Subject: RE: Phillips--revised settlement letter

Ronak-

Here are the discovery responses. Also, I have made my clients aware of your previous settlement demand and will advise them of this revised one. However, I have not received the information you speak of from IPRA. Please forward the documents to my attention and it may help facilitate the discussion.

Thanks,
Ken

-----Original Message-----
From: Ronak Patel [mailto:rpatel@kulislawltd.com]
Sent: Thursday, June 20, 2013 3:44 PM
To: wmonu2@gmail.com; kb@battlelawoffice.com
Subject: Phillips--revised settlement letter

Counsel:

1

Please find attached Plaintiff's revised settlement demand letter. Note that the demand was revised in light of the recent finding by IPRA on June 12, 2013 that Ms. Phillips' complaint against the officer was sustained (which Plaintiff's counsel only became aware of today).

Plaintiff believes that her position as to the officers' liability in this case is even stronger. As such, please consider Ms. Phillips' previous demand of $57,500.00 withdrawn.

Thanks.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830

Here are the discovery responses. Also, I have made my clients aware of your previous settlement demand and will advise them of this revised one. However, I have not received the information you speak of from IPRA. Please forward the documents to my attention and it may help facilitate the discussion.

Thanks,
Ken

-----Original Message-----
From: Ronak Patel [mailto:rpatel@kulislawltd.com]
Sent: Thursday, June 20, 2013 3:44 PM
To: wmonu2@gmail.com; kb@battlelawoffice.com
Subject: Phillips--revised settlement letter

Counsel:

Please find attached Plaintiff's revised settlement demand letter. Note that the demand was revised in light of the recent finding by IPRA on June 12, 2013 that Ms. Phillips' complaint against the officer was sustained (which Plaintiff's counsel only became aware of today).
Plaintiff believes that her position as to the officers' liability in this case is even stronger. As such, please consider Ms. Phillips' previous demand of $57,500.00 withdrawn.

Thanks.

Ronak Patel
Gregory Kulis & Associates
30 N. LaSalle St., Ste. 2140
Chicago, IL 60602
(312) 580-1830