# EXHIBIT 7

INDEPENDENT POLICE REVIEW AUTHORITY



10 W. 35th St. 12th Fl.
Chicago, IL 60616
(312) 745-3609
ILANA B. R. ROSENZWEIG, Chief Administrator

December 12, 2011
Reference: Log No. 1050607

DONNA PHILLIPS
1234 S. INDEPENDENCE BLVD Apt No. 3 FRONT
CHICAGO, IL 60623

Dear Donna Phillips,

Your complaint has been registered under the above reference number with the Independent Police Review Authority. If you have additional information or questions, please call us at (312) 745-3609 to find out who your investigator is. Our office is open from 7:00am to 10:30pm, 7 days a week. Please leave a message if the office is closed.

The policy of the Independent Police Review Authority is to conduct an immediate and thorough investigation into allegations of misconduct. The cooperation of the public is vital to such investigations. Therefore, we ask for the cooperation of all who may have witnessed or heard anything relevant to the incident. Their participation may involve making a statement or live testimony.

Thank you for bringing this matter to our attention. Please be assured that a thorough investigation will be conducted, with a view to arriving at a proper and just conclusion.

When the investigative process is completed, you will be notified of the results.

Very truly yours,

ILANA B. R. ROSENZWEIG
Chief Administrator
Independent Police Review Authority



# Department of Law
## City of Chicago

Via Hand Delivery

December 12, 2012

Ronek Patel
Gregory E. Kulis & Associates
30 N. LaSalle St., Suite 2140
Chicago, IL 60602

Re: <u>Donna Phillips v. P.O. Thustad, et al.</u>, 12 C 9738

Dear Ms. Patel:

In response to your subpoena, please find the attached Chicago Police Department documents, Bates Stamped "CPD 001-045".

The Chicago Police Department does not have access to open IRPA matters. I have learned that CR# 1050607 is still an ongoing investigation.

The Chicago Police Department does not have access to the Office of Emergency Management and Communications recordings. However, all OEMC recordings are only retained for 30 days after the incident date.

Any other documents will be supplied during the regular discovery process.

If you have any questions or concerns, please contact Ms. Thomas J. Platt, Deputy Corporation Counsel, at 312-744-4833.

Sincerely yours,

Jill Antonucci White
Supervising Paralegal
312-744-6776

cc: Thomas J. Platt